OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST-CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 20. 2015

8/19/2015
BEASLEY, ELIJAH CLAYTON ☆ Tr. Ct. No. 13-03-02517-CR(1)    WR-83,700
This is to advise that the Court has denied without written order the application
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

ELIJAH CLAYTON BEASLEY
C/O PATTY MAGINNIS
333 SIMONTON STREET
CONROE, TX 77301

UTF

I3B 77301